IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIM. NO. JKB-11-00003 |
| CHRISTIAN DEVLON GETTIS, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is Defendant Christian Devlon Gettis' Motion for Reconsideration of Denial of Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 1500.) The Government joins in the motion (*see* ECF No. 1505) and no hearing is necessary. *See* Local Rules 105.6, 207 (D. Md. 2018). Gettis' motion is GRANTED.

Gettis has provided evidence that (1) he has serious medical conditions that dramatically heighten his risk of suffering severe illness or death should he contract COVID-19, and (2) current conditions at Allenwood FCI-Low place him at a significantly enhanced risk of contracting the virus. (*See* ECF No. 1500.) The combination of these factors constitutes extraordinary and compelling reasons for compassionate release under § 3582(c)(1)(A)(i). Gettis has served roughly three quarters of his term of incarceration and is scheduled to be transferred to home confinement in approximately 30 months. (*See id.*) Under the circumstances, the Court agrees with the parties that the § 3553(a) factors permit compassionate release.

1

Accordingly, it is hereby ORDERED:

1. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Defendant Christian Devlon Gettis' term of incarceration is reduced to Time Served plus 14 days, followed by a ten-year term of supervised release.

2. Prior to his release from custody, the Bureau of Prisons is directed to place Gettis in quarantine for a period of 14 days and to evaluate him for the purposes of receiving a medical clearance.

3. Upon the expiration of the 14-day quarantine period and receipt of a medical clearance, Gettis is to be released from custody.

4. Gettis shall be released on supervision on the terms and conditions previously set with the additional conditions that:

   a. From the date of his release through November 6, 2023, Gettis shall be placed on home confinement, to be monitored by U.S. Probation, using location monitoring technology at the discretion of the Probation Officer;

   b. For the first 14 days following his release, Gettis shall remain self-quarantined at the address approved by U.S. Probation, and shall not leave that address for any reason except, with the prior approval of U.S. Probation, for medical or other emergency;

   c. For the remainder of the home confinement period, Gettis shall not leave the address approved by U.S. Probation except for activities approved in advance by U.S. Probation;

   d. Gettis shall comply with all directives of federal, state, and local governments related to public health, including COVID-19.

5. An Amended Judgment & Commitment Order shall issue.

DATED this 15 day of December, 2020.

BY THE COURT:

_____
James K. Bredar
Chief Judge